UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                              Criminal No. 09-cr-140-01-JL

Alan Phillips

O R D E R

The assented to motion to reschedule jury trial (document no. 78) filed by defendant is granted.  There will be no further continuances.  It is the court's practice to limit the second continuance in a case, if granted, to 30 days.  Since this second continuance is 60 days, there will be no further delays. Final pretrial is rescheduled to January 21, 2010 at 3 PM; Trial is continued to the two-week period beginning February 2, 2010, 9:30 AM.  As all co-defendants have assented to this motion, their final pretrial and trial dates are also continued.

Defendant Phillips shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of

the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_/s/ Joe Laplante_____
Joseph N. Laplante
United States District Judge

Date:  November 12, 2009

cc:  Jeffrey Levin, Esq.
     Jennifer Davis, Esq.
     Adam Bernstein, Esq.
     Robert Bartis, Esq.
     Liam Scully, Esq.
     Kevin Sharkey, Esq.
     Kenneth Glidden, Esq.
     Michael Sheehan, Esq.
     Richard Monteith, Esq.
     Theodore Lothstein, Esq.
     Michael Iacopino, Esq.
     Robert Carey, Esq.
     Patrick Richard, Esq.
     U.S. Marshal
     U.S. Probation