UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 09-cr-140-01-JL

<u>Alan Phillips</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 96) filed by defendant Alan Phillips is granted; Final Pretrial is rescheduled to Thursday, April 22, 2010 at 4 PM; Trial is continued to the two-week period beginning May 4, 2010, 9:30 AM.  As all co-defendants assent to the continuance, their final pretrial and trial dates are also continued as outlined above.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  February 15, 2010

cc: Counsel of Record
    U.S. Marshal
    U.S. Probation